UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR,<br><br>      Plaintiff,<br><br>  -against-<br><br>THINK JERKY LLC,<br><br>      Defendant. | 24-CV-7979 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Because defendant Think Jerky LLC has neither appeared nor answered in this case, the initial pretrial conference scheduled for January 16, 2025 is ADJOURNED *sine die*. As the Court noted in its previous order, if the plaintiff wishes to proceed with this case, she should move for default judgment by **January 20, 2025**. *See* Dkt. 10.

  SO ORDERED.

Dated: January 14, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge