UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MILAGROS SENIOR, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

    v.

THINK JERKY, LLC,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-07979-AS

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, THINK JERKY, LLC.

Dated:   New York, New York
           January 17, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Dana L. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge